```
LAW OFFICE OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA AVA AVE., SUITE "K"
COSTA MESA, CA 92627

Telephone: (949) 722-0055
Fax: (949) 722-8416
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>DIANA E. FIGUEROA, AKA DIANA E. SANCHEZ,<br><br>    Defendant | No. CV A 10-9412<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Diana E. Figueroa, aka Diana E. Sanchez, in the principal amount of $2,628.72 plus interest accrued to December 6, 2010, in the sum of $3,105.33; with interest accruing thereafter at $0.58 daily until entry of judgment, for a total amount of **$5,734.05**.

DATED: 3/1/2011

By: TERRY NAFISI
Clerk of the Court

_[signature]_
Deputy Clerk
United States District Court